UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CITIZENS AGAINST EVICTION, *et al.*,

    Appellants,

v.

INNOCENTI, LLC,

    Appellee.

Case No. 16-cv-01657-EMC

**ORDER DISMISSING CASE**

Previously, the Court issued an order to show cause. Filings have been made responsive to the order to show cause. *See* Docket No. 23 (Flores Decl.); Docket No. 24 (response filed by SFCAE). The Court thus **DISCHARGES** the order to show cause.

The Court further **DISMISSES** this case. Appellant Anthony Flores previously voluntarily dismissed his appeal. *See* Docket No. 20 (order). Mr. Flores has confirmed that Sheila Bakhtiari is not an appellant in this case. *See* Docket No. 23 (Flores Decl. ¶¶ 4-5). The remaining appellant SFCAE has stated that it does not object to dismissal of its appeal because it failed to timely file its appellate brief and because it has settled its dispute with Innocenti, LLC, the appellee. *See* Docket No. 24 (response filed by SFCAE).

Accordingly, the Court instructs the Clerk of the Court to enter judgment in accordance with this opinion and close the file in this case.

**IT IS SO ORDERED**.

Dated: July 29, 2016

_____
EDWARD M. CHEN
United States District Judge